# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA

-vs-　　　　　　　　　　　　　　　　　　　　Case Number: 5:02-cr-24-Oc-10GRJ

ROBERT MCCLOUD

USM Number: 43064-018

Rick Carey, FPD
201 SW Second Street, Suite 102
Ocala, Florida 34475

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3, 4, 5, and 6 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Positive urinalysis for cocaine on 7/20/07 in violation of Condition 7 of the Standard Conditions of Supervision | 7/20/07 |
| 2 | Admission to cocaine use on 7/30/07 in violation of Condition 7 of the Standard Conditions of Supervision | 7/30/07 |
| 3 | Positive urinalysis for opiates (hydrocodone) on 8/27/07 in violation of Condition 7 of the Standard Conditions of Supervision | 8/27/07 |
| 4 | Positive urinalysis for opiates (hydrocodone) on 9/6/07 in violation of Condition 7 of the Standard Conditions of Supervision | 9/6/07 |
| 5 | Positive urinalysis for cocaine on 9/10/07 in violation of Condition 7 of the Standard Conditions of Supervision | 9/10/07 |
| 6 | Positive urinalysis for opiates (hydrocodone) on 9/10/07 in violation of Condition 7 of the Standard Conditions of Supervision | 9/10/07 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: November 19, 2007

*[signature]*

UNITED STATES DISTRICT JUDGE

November 27, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

ROBERT MCCLOUD  
5:02-cr-24-Oc-10GRJ

Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **5 Months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                                   UNITED STATES MARSHAL

                                               By:_____  
                                                                Deputy U.S. Marshal